■ BARRY VADASY, an Infant, by His Father and Natural Guardian, LOUIS VADASY, Appellant, et al., Plaintiff, v BILL FEIGEL's TAVERN, INC., Also Known as VALLEY LOUNGE, et al., Respondents.—Order unanimously affirmed, without costs, on the opinion at Onondaga County Supreme Court Special Term, O'Donnell, J. We add only that since the date of the order *Santoro v Di Marco* (65 Misc 2d 817), which Special Term declined to follow, was reversed on appeal to the Appellate Term of the Second Department

and the complaint was dismissed (80 Misc 2d 296). (Appeal from order of Onondaga Supreme Court—dismiss cause of action.) Present—Moule, J. P., Cardamone, Simons, Dillon and Goldman, JJ. [88 Misc 2d 614.]